G. Thomas Martin, III, Esq. (SBN 218456)
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA 91436
T: (818) 907-2030; F: (818) 205-2730
tom@plglawfirm.com

Attorneys for Plaintiff
DEBRA G. MEADOWS,

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA G. MEADOWS, | Case No.: 2:12-CV-02435-WBS-KJN |
| Plaintiff, | **VOLUNTARY DISMISSAL** |
| vs. | |
| NATIONAL RECOVERY AGENCY; and DOES 1 to 10 inclusive, | |
| Defendants. | |

### VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff DEBRA G. MEADOWS (hereinafter "Plaintiff"), by and through her attorneys, PRICE LAW GROUP APC, hereby voluntarily dismisses the above-entitled case without prejudice.

RESPECTFULLY SUBMITTED,

DATED: October 15, 2012          **PRICE LAW GROUP APC**

By: /s/ G. Thomas Martin, III
G. Thomas Martin, III
Attorney for Plaintiff